**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re** § | | **Chapter 11** |
| § | | |
| **HAHN HOTELS OF** § | | **Case No. 17-40947** |
| **SULPHUR SPRINGS, LLC,** *et al.*[1] § | | |
| § | | **Jointly Administered** |
| Debtors. § | | |
| § | | |

**ORDER GRANTING DEBTORS' EMERGENCY MOTION FOR
JOINT ADMINISTRATION OF CHAPTER 11 CASES**

On the *Emergency Motion for An Order Directing Joint Administration of Chapter 11 Cases* (the "**Motion**") filed by chapter 11 debtors Hahn Hotels of Sulphur Springs, LLC, Hahn Investments, LLC, Hahn Hotels, LLC, Sleep Inn Property, LLC, SI of Longview, LLC, and Copeland's of Longview, LLC, (collectively, the "**Debtors**"), requesting joint administration of their chapter 11 cases under Bankruptcy Rule 1015(b) and Bankruptcy Local Rule 1015, and on the *Declaration of Dante E. Hahn in Support of First Day Motions and Applications*, May 1, 2017; and the Court finds the following:

(a)  The Court has jurisdiction over this matter under 28 U.S.C. § 1334;

(b)  The Court can hear and determine the Motion in accordance with 28 U.S.C. § 157 and the District Court's standing order of reference;

(c)  This is a core proceeding under 28 U.S.C. § 157(b);

---

[1] The Debtors in these chapter 11 cases are, including the last four digits of their respective EIN number, as follows: Hahn Hotels of Sulphur Springs, LLC (2980), Hahn Investments, LLC (0448); Hahn Hotels, LLC (5692), Sleep Inn Property, LLC (6525), SI of Longview, LLC (2196), and Copeland's of Longview, LLC (6181).  The shared mailing address for all Debtors is: 525 Gilmer St., PO Box 113, Sulphur Springs, Texas 75482.

**ORDER GRANTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**                                1

(d) Venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

(e) The relief requested in the Motion is in the best interest of the Debtors' estates, their creditors, and other parties in interest;

(f) The Debtors have provided adequate notice of the Motion and the opportunity for hearing on the Motion under the circumstances; and

(g) The legal and factual bases set forth in the Motion establish just case for the relief granted herein.

Having reviewed the Motion and heard the statements in support of the relief requested therein at a hearing, if any, before the Court, and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

(1) The Motion is GRANTED as set forth herein;

(2) The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court;

(3) The caption of the jointly administered cases shall read as provided in **Exhibit A** to this Order;

(4) A docket entry shall be made in each of the Debtors' cases substantially as follows:

An order has been entered in this case directing the joint administration of the chapter 11 cases of Hahn Hotels of Sulphur Springs, LLC, Hahn Investments, LLC, Hahn Hotels, LLC, Sleep Inn Property, LLC, SI Property of Longview, LLC, and Copeland's of Longview, LLC. The docket in Case No. 17-40947 should be consulted for all matters affecting this case.

(5) Nothing contained in this Order shall be construed as directing or otherwise effecting a substantive consolidation of the bankruptcy cases of the Debtors; it is

the Court's intention to jointly administer the bankruptcy cases of the Debtors for procedural purposes only;

(6) The chapter 11 cases of each of the Debtors are to be jointly administered under the case for Hahn Hotels of Sulphur Springs, LLC, Case No. 17-40947;

(7) Chief Judge Brenda T. Rhoades shall preside over these jointly administered cases;

(8) One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent;

(9) Parties may request joint hearings on matters pending in any of the jointly administered cases;

(10) All proofs of claim shall be filed under the case number representing the specific Debtor's estate against which the claim is made;

(11) Each of the Debtors shall (a) file separate monthly operating reports; (b) maintain separate financial accounts and records; (c) not be liable for claims against any other Debtor by virtue of this Order; and (d) file separate Bankruptcy Schedules and Statements of Financial Affairs;

(12) Debtors' bankruptcy counsel and financial advisor in these chapter 11 cases may each, respectively, file consolidated applications for compensation in the main case of Hahn Hotels of Sulphur Springs, LLC, at the proper time(s), accompanied by a proposal for apportionment among the Debtors' bankruptcy estates;

(13) This order shall be served by the Debtors on all parties included in the Notice section of the Motion;

(14) The Debtors and the clerk of the Court are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion; and

(15) The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# EXHIBIT A

## Jointly Administered Case Caption

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **In re** § | | **Chapter 11** |
| § | | |
| **HAHN HOTELS OF** § | | **Case No. 17-40947** |
| **SULPHUR SPRINGS, LLC,** *et al.*[1] § | | |
| § | | **Jointly Administered** |
| **Debtors.** § | | |
| § | | |

---

[1] The Debtors in these chapter 11 cases are, including the last four digits of their respective EIN number, as follows: Hahn Hotels of Sulphur Springs, LLC (2980), Hahn Investments, LLC (0448); Hahn Hotels, LLC (5692), Sleep Inn Property, LLC (6525), SI of Longview, LLC (2196), and Copeland's of Longview, LLC (6181). The shared mailing address for all Debtors is: 525 Gilmer St., PO Box 113, Sulphur Springs, Texas 75482.

**ORDER GRANTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**      **6**