Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hahn Hotels of Sulphur Springs, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TEXAS SHERMAN DIVISION** |
| Case number (if known): | 17-40947 |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **A1HR, a Div. of Oasis Outsourcing Contract II, Inc.** 3829 Coconut Palm Dr. Tampa, FL 33619 | 813-620-1661 | Trade Debts | Contingent Unliquidated Disputed | | | $10,035.00 |
| **American Hotel Register Company** PO BOX 71299 Chicago, IL 60694-1299 | 800-323-5686 | Trade Debts | | | | $1,472.28 |
| **APS Pest & Termite Extermination** 13201 Choice Circle Lindale, TX 75771 | 903-752-2268 | Trade Debts | | | | $162.88 |
| **BIC- Union Standard Insurance Group** PO BOX 200530 Dallas, TX 75320 | 936-564-0221 | Insurance | | | | $716.00 |
| **Carbon's Golden Malted** PO BOX 129 Concordville, PA 19331-0128 | 574-247-2270 | Trade Debts | | | | $377.00 |
| **Caudle Mowing** c/o Rodney Caudle PO BOX 121 Breshear, TX 75420 | | Trade Debts | | | | $800.00 |
| **Central Laundry Equipment** PO BOX 324 Ward, AR 72176 | 800-467-3194 | Trade Debts | | | | $573.73 |
| **Courtesy Products** PO BOX 840020 Kansas City, MO 64184-0020 | 800-325-4500 | Trade Debts | | | | $372.13 |

Debtor **Hahn Hotels of Sulphur Springs, LLC**
Name

Case number *(if known)* **17-40947**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Expedia Inc** PO BOX 846351 Dallas, TX 75284-6055 | | **Trade Debts** | | | | $1,323.37 |
| **HD SUPPLY** PO BOX 509058 San Diego, CA 92150-9058 | | **Trade Debts** | | | | $1,550.35 |
| **Hopkins County Chamber of Commerce** 300 Connally St PO BOX 347 Sulphur Springs, TX 75483 | 903-885-6515 | **Trade Debts** | | | | $194.00 |
| **Hopkins County Treasurer** PO BOX 288 Sulphur Springs, TX 75483 | 903-438-4006 | **Taxes** | | | | $16,513.61 |
| **La Quinta Franchising LLC** PO BOX 841946 Dallas, TX 75284-1946 | 214-492-6872 | **Trade Debts** | | | | $15,313.45 |
| **MuniServices LLC Attn Tx Occupancy Tax** PO BOX 830725 Birmingham, AL 35283-0725 | | **Taxes** | | | | $13,927.47 |
| **SuddenLink** PO Box 660365 Dallas, TX 75266 | 800-490-9604 | **Trade Debts** | | | | $992.36 |
| **Sysco USA I, Inc.** 4577 Estes Pkwy Longview, TX 75603 | 903-252-6100 | **Trade Debts** | | | | $3,648.97 |
| **Target Supplies** 3720 Spruce St Suite 422 Philadelphia, PA 19104 | | **Trade Debts** | | | | $135.21 |
| **Thyssenkrupp Elevator Corporation** PO BOX 933004 Atlanta, GA 31193-3004 | 972-963-5278 | **Trade Debts** | | | | $1,062.87 |
| **Washco Commercial Service** PO BOX 5092 Longview, TX 75608 | 903-759-0210 | **Trade Debts** | | | | $286.86 |